UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA,

        Plaintiff,

- against -

THE WILLMS FINANCIAL NETWORK, LLC,

        Defendant.

---

15cv461 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# __
DATE FILED: 1-22-19

**JOHN G. KOELTL, District Judge:**

A Report and Recommendation was entered by Magistrate Judge James L. Cott, on December 19, 2018, recommending that this Court award the plaintiff damages in the amount of $568,235.52. Magistrate Judge Cott also advised the parties that they had 14 days to file objections and that a failure to file timely objections would result in waiver of objections and preclude further appellate review.

No objections have been filed and the time for objections has passed. Moreover, the Report and Recommendation are well founded. The Court therefore adopts the Report and Recommendation. The Clerk is directed to enter judgment for the plaintiff in the amount of $568,235.52 and to close this case.

**SO ORDERED.**

Dated:   New York, New York
        January 18, 2019

                                  /s/ John G. Koeltl
                                John G. Koeltl
                                **United States District Judge**